AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

AUGUST ARDAGNA,

     Petitioner,        JUDGMENT IN A CIVIL CASE
V.

        CASE NUMBER: 3-11-cv-683-ECR-WGC

JACK PALMER, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

    This action is dismissed without prejudice to the filing of a new petition in a new action with a properly completed pauper application.

  October 7, 2011                                                    **LANCE S. WILSON**
                                                                                             Clerk

                                                                           /s/  Lia Griffin
                                                                          Deputy Clerk